United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRIS HECKER,<br><br>       Plaintiff,<br><br>    v.<br><br>WORLD SAVINGS BANK, FSB, et al.,<br><br>       Defendants. | Case No. 14-cv-00119-MEJ<br><br>**ORDER VACATING ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 11 |

       The Court hereby VACATES the Order to Show Cause set for March 27, 2014 because the plaintiff was not served with a copy of the Order. The Court shall issue a new Order to Show Cause forthwith.

       **IT IS SO ORDERED.**

Dated: March 18, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge