UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRIS HECKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WORLD SAVINGS BANK, FSB, et al.,<br><br>　　　　　Defendants. | Case No.   14-cv-00119-MEJ<br><br>**ORDER TO SHOW CAUSE** |

On January 27, 2014, the Defendants in the above-captioned matter filed a Motion to Dismiss, with a noticed hearing date of March 20, 2014.  Dkt. No. 6.  However, Plaintiff failed to file an opposition pursuant to Civil Local Rule 7.  Accordingly, the Court hereby VACATES the motion hearing and ORDERS Plaintiff Iris Hecker to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Plaintiff shall file a declaration by March 31, 2014.  If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on April 10, 2014 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  Notice is hereby given to Plaintiff(s) that the Court may dismiss the case without a hearing if no responsive declaration is filed.  Thus, it is imperative that Plaintiff(s) file a written response by the deadline above.

　　**IT IS SO ORDERED.**

Dated: March 18, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge