IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRIS HECKER, | No. C 14-0119 CW |
| Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING MOTION TO DISMISS COMPLAINT |
| v. | |
| WORLD SAVINGS BANK; GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO.; WELLS FARGO BANK NATIONAL ASSOCIATION also known as Wachovia Mortgage; NDEX WEST LLC; GRANITE RANCH OPPORTUNITIES LLC and all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title thereto; WELLS FARGO BANK, N.A., successor by merger to WELLS FARGO BANK SOUTHWEST, N.A. f/k/a WORLD SAVINGS BANK, FSB, | |
| Defendants. | |

The Court has reviewed Magistrate Judge James' Report and Recommendation Re Dismissing this case Without Prejudice. The time for objections has passed and none were filed. Instead, Plaintiff has filed a motion to dismiss her complaint. The Court adopts the Magistrate Judge's report and grants Plaintiff's motion. Accordingly,

IT IS HEREBY ORDERED that this case is dismissed without prejudice.  The Clerk is directed to close the file and terminate all pending motions.

CLAUDIA WILKEN
United States District Judge

Dated:  4/22/2014

cc:  MagRef; MEJ

United States District Court
For the Northern District of California

2